VOL. 53]  JANUARY TERM, 1898.  811.

Horbach v. Troup.  Phenix Ins. Co. v. Fuller.

JOHN A. HORBACH, APPELLANT, V. ELSIE D. TROUP ET AL., APPELLEES.

FILED FEBRUARY 17, 1898.  No. 9683.

New Trial: APPEAL: DISMISSAL.

APPEAL from the district court of Gage county. Heard below before LETTON, J.  *Appeal dismissed.*

*John D. Howe, Charles Offutt, E. R. Duffie,* and *A. H. Babcock,* for appellant.

*J. E. Cobbey, G. M. Johnston, A. C. Troup, Griggs, Rinaker & Bibb,* and *E. H. Hinshaw, contra.*

RYAN, C.

The record in this case presents for review the judgment of the district court of Gage county denying the prayer of the petition of the appellant for a new trial in the case of *Troup v. Horbach,* 53 Neb. 795.  As the judgment in the case just referred to has been reversed we need not inquire into the merits of this appeal, and accordingly it is dismissed at costs of appellant.

APPEAL DISMISSED.